FIDELITY & DEPOSIT COMPANY OF MARYLAND, Appellant, v. AMERICAN SURETY COMPANY OF NEW YORK, Respondent.

Argued November 13, 1940; decided December 3, 1940.

*Joseph F. Murray* for appellant.

*Mahlon A. Freeman* and *Norman C. Conklin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.